UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PARNELL R. MAY                                                              PLAINTIFF

V.                          4:17CV00489 SWW

JEFF ALLISON, Detective, Pulaski
County, Sheriff's Office, Doc Holladay,
Sheriff, Pulaski County                                                     DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. After a careful review of Mr. May's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. All claims against Sheriff Doc Holladay, in his official and individual capacities, are DISMISSED, WITHOUT PREJUDICE.

2. All claims against Jeff Allison, in his official capacity, are DISMISSED, WITHOUT PREJUDICE.

3. Parnell R. May's interference with legal mail claim against Defendant Allison, in his individual capacity, is DISMISSED, WIHOUT PREJUDICE.

4. May's false arrest, slander, and defamation claims against Defendant Allison, in his individual capacity, are STAYED, and this action ADMINISTRATIVELY TERMINATED until the conclusion of May's criminal proceedings in state court.

5. May is given thirty days from the conclusion of his state court proceedings to file a Motion to Reopen this case.

6. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 23rd day of October, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE